# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:23-CR-00234(36)-ADA |
| | § | |
| (36) ERNESTO TRETO-BARRIOS | § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 17, 2025, wherein the defendant (36) ERNESTO TRETO-BARRIOS waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (36) ERNESTO TRETO-BARRIOS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (36) ERNESTO TRETO-BARRIOS' plea of guilty to Count Two (2) is accepted.

Signed this 1st day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE